Clerk's Use Only
Initial for fee pd.:

Norman Perlberger, Esquire
POMERANTZ PERLBERGER & LEWIS LLP
700 Stephen Girard Building
21 South 12th Street
Philadelphia, PA   19107
(215)  569-8866
nperlberger@ppl-law.com



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joanne Elizabeth Cleveland,** et al   **Plaintiffs** | CASE NO.  07-cv-5642   EDL |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY |
| **Compass Vision Inc et al**   **Defendants** | *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Norman Perlberger, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs Joanne Elizabeth Cleveland, Cynthia Daniels, Laura Fujisawa, Caroline Howe and Tracey Moore in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as cocounsel in the above-entitled action. The name, address and telephone number of that attorney is:   Joshua Ridless, Esquire
   244 California Street, Suite 300
   San Francisco, CA  94111
   415- 614-2600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _11/7/07_

Norman Perlberger, Esquire