Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joanne Elizabeth Cleveland, Cynthia Daniels, Laura Fujisawa, Caroline Howe and Tracey Moore

Plaintiff(s),

v.

Compass Vision Inc. and National Medical Services, Inc. D/B/A NMS Labs

Defendant(s).

CASE NO. 07-cv-5642 EDL

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

FILED NOV 1 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED NOV - 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Norman Perlberger, Esquire, an active member in good standing of the bar of the Supreme Court of Pennsylvania (particular court to which applicant is admitted) whose business address and telephone number is 700 Stephen Girard Building, 21 South 12th Street Philadelphia, PA 19107 (215) 569-8866

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Nov 19, 2007

United States Magistrate Judge

ELIZABETH D. LaPORTE, J.