1  DION N. COMINOS  (SBN: 136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH  (SBN: 154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054

6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE, | CASE NO. CV 07-05642 EDL |
|---|---|
| | **COMPASS VISION, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |
| Plaintiff, | |
| vs. | |
| COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY, | **[Fed. R Civ. P. 12(b)(6)]** |
| Defendants. | *Accompanying Papers:* Memorandum of Points & Authorities; Request for Judicial Notice; Declaration of Counsel; and [Proposed] Order |
| | Date:  February 26, 2008 |
| | Time:  9:00 a.m. |
| | Crtrm:  E |
| | Judge:  Hon. Elizabeth D. Laporte |
| | Complaint Filed: November 6, 2007 |

24     TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

25     PLEASE TAKE NOTICE that on February 26, 2008 at 9:00 a.m. or as soon thereafter as

26 the matter may be heard in the above-entitled court, Courtroom E, located at 450 Golden Gate

27 Avenue, San Francisco, California, Defendant Compass Vision, Inc. ("Compass Vision") will

28 move the Court to dismiss Plaintiffs' Joanne Elizabeth Cleveland, Cynthia Daniels, Laura

-1-

1  Fujisawa, Caroline Howe and Tracey Moore's Complaint, with prejudice, pursuant to Federal
2  Rules of Civil Procedure, Rule 12(b)(6) on the grounds that Plaintiffs' Complaint fails to state a
3  claim upon which relief can be granted.

4  This motion will be based on this Notice of Motion and Motion, the Memorandum of
5  Points and Authorities filed herewith, the Request for Judicial Notice, the Declaration of
6  Counsel, the Opinion issued by the Hon. Dennis M. Cavanaugh in the action entitled *Lorie
7  Garlick, et al. v. Quest Diagnostics, Inc., et al.*, civil Action No. 06-cv-6244, pending in the
8  United States District Court for the District of New Jersey, the pleadings and papers filed herein,
9  and upon such other oral and documentary evidence as may be presented at the hearing of this
10 motion.

11 **PLEASE TAKE FURTHER NOTICE that Compass Vision requests oral argument**;
12 and

13 PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid, Compass
14 Vision will request that the proposed form of Order submitted herewith be entered by the Court.

16 Dated: January 9, 2008           GORDON & REES LLP

18                                  By: •   /s/ Catherine A. Salah
19                                      DION N. COMINOS
                                        CATHERINE A. SALAH
20                                      Attorneys for Defendant
                                        COMPASS VISION, INC.

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
COMPASS VISION'S NOTICE OF MOTION AND MOTION TO DISMISS         CASE NO. CV 07-05642 EDL