DION N. COMINOS  (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH  (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants.  / | CASE NO. CV 07-05642 EDL<br><br>**DECLARATION OF CATHERINE A. SALAH IN SUPPORT OF COMPASS VISION, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R Civ. P. 12(b)(6)]**<br><br>Date:  February 26, 2008<br>Time:  9:00 a.m.<br>Crtrm:  E<br>Judge:  Hon. Elizabeth D. Laporte<br><br>Complaint Filed:  November 6, 2007 |

I, Catherine A. Salah, declare:

1.  I am an attorney at law duly licensed to practice before all courts of the State of California.  I am an associate with the firm of Gordon & Rees LLP, attorneys for Defendant Compass Vision, Inc.

2.  If called upon to testify as to the matters set forth herein, I could and would competently testify thereto as the matters set forth in this declaration that are personally known

-1-

to me to be true.  As to those matters stated on information and belief, I would competently testify thereto as I believe those matters to be true.

3. Attached hereto as **Exhibit "A"** is a true and correct copy of the Waiver of Service of a Summons which I executed in this action, reflecting that Compass Vision had sixty (60) days from November 11, 2007 (January 10, 2008) to file the attached Motion to Dismiss Plaintiffs'' Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.  Executed this 9th day of January 2008, at San Francisco, California.

/s/ Catherine A. Salah

Catherine A. Salah