DION N. COMINOS  (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH  (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants. | CASE NO. CV 07-05642 EDL<br><br>**DEFENDANT COMPASS VISION, INC.'S NOTICE OF RELATED CASES**<br><br>**[Civil Local Rule 40.1(C)]**<br><br>Complaint Filed: November 6, 2007 |

Pursuant to Civil Local Rule 40.1(c), Defendant Compass Vision, Inc. ("Compass Vision") hereby files the instant Notice of Related Cases.  Compass Vision is aware of the following related actions:

*Deborah Wilson v. Compass Vision, Inc. and National Medical Services, Inc., dba NMS Labs*, Case No. C 07-03431 BZ, United States District Court for the Northern District of California.  Action filed on May 22, 2007 in the Superior Court for Alameda County, California and thereafter removed to the Northern District of California.

*Eva Quisenberry v. Compass Vision, Inc. and Quest Diagnostics, Inc., dba Northwest Toxicology,* Case No. 07-CV-01135-BEN-AJB, United States District Court for the Southern

District of California. Action filed on May 7, 2007 in the Superior Court for San Diego County, California, and thereafter removed to the Southern District of California.

*Lorie Garlick, et al. v. Quest Diagnostics, Inc., et al.*, Case No. 06-cv-6244 (DMC) United States District Court for the District of New Jersey (Newark). Class action filed on December 27, 2006.

The above-referenced actions arise out of the same or similar claims as asserted by Plaintiffs in the instant action. Plaintiffs in all actions allege that they are health care professionals (nurses or pharmacists) who were required to submit to ethylglucornonide ("EtG") testing performed by their respective licensing boards. All Plaintiffs allege to have been disciplined, had their licenses suspended or under threat of suspension or are on probation as a resulted of alleged false positive EtG test results.

Dated: January 9, 2008                                GORDON & REES LLP

                                                                       /s/ Catherine A. Salah
                                                            By: _____
                                                                  DION N. COMINOS
                                                                  CATHERINE A. SALAH
                                                                  Attorneys for Defendant
                                                                  COMPASS VISION, INC.

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

COMPASS VISION'S NOTICE OF RELATED CASES                                CASE NO. CV 07-05642 EDL