1  DION N. COMINOS  (SBN: 136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH  (SBN: 154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE, | CASE NO. CV 07-05642 EDL |
| Plaintiff, | **DEFENDANT COMPASS VISION, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY, | **[Civil L.R. 3-16]** |
| Defendants.                    / | Complaint Filed: November 6, 2007 |

19

20        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21  associations of persons, firms, partnerships, corporations (including parent corporations) or other

22  entities (i) have a financial interest in the subject matter in controversy or in a party to the

23  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24  substantially affected by the outcome of this proceeding:

25  ///

26  ///

27  ///

28  ///

*Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111*

CMPVS/1046170/5293110v.1

-1-

COMPASS VISION'S CERTIFICATE OF INTERESTED PARTIES                    CASE NO. CV 07-05642 EDL

| **PERSONS** | **CONNECTION** |
|---|---|
| Kim McKown | Owner, Defendant Compass Vision, Inc. |

Dated:  January 9, 2008

GORDON & REES LLP

/s/ Catherine A. Salah

By: _____

DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-2-