1   DION N. COMINOS  (SBN:  136522)
    dcominos@gordonrees.com
2   CATHERINE A. SALAH  (SBN:  154524)
    csalah@gordonrees.com
3   GORDON & REES LLP
    Embarcadero Center West
4   275 Battery Street, Suite 2000
    San Francisco, CA  94111
5   Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
6
7   Attorneys for Defendant
    COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  JOANNE ELIZABETH CLEVELAND, CYNTHIA          CASE NO. CV 07-05642 EDL
    DANIELS, LAURA FUJISAWA, CAROLINE
12  HOWE and TRACEY MOORE,                       **NOTICE OF WITHDRAWAL
                                                 OF MOTION TO DISMISS
13                        Plaintiff,             [L.R. 7-7]**

14          vs.
                                                 Date:    February 26, 2008
15  COMPASS VISION, INC.; NATIONAL MEDICAL       Time:    9:00 a.m.
    SERVICES, INC., d/b/a NMS LABS, and DOES     Crtrm:   E
16  ONE THROUGH TWENTY,                          Judge:   Hon. Elizabeth D. Laporte

                        Defendants.        /     Complaint Filed: November 6, 2007
17

18          TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

19          Pursuant to Civil L.R. 7-7, Defendant Compass Vision, Inc. hereby withdraws its Motion

20  to Dismiss Plaintiffs' Complaint, filed on January 10, 2008 and set for hearing on February 26,

21  2008.  Said withdrawal is made on the basis of Plaintiffs' filing of an Amended Complaint.

22  Defendant expressly reserves its right to re-file a Motion to Dismiss Plaintiffs' Amended

23  Complaint.

24  Dated:  January 14, 2008                     GORDON & REES LLP

25                                                         /s/ Catherine A. Salah
                                                 By:  _____
26                                                    DION N. COMINOS
27                                                    CATHERINE A. SALAH
                                                     Attorneys for Defendant
28                                                    COMPASS VISION, INC.

                                        -1-

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

CMPVS/1046170/5308103v.1