DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants. | CASE NO. CV 07-05642 EDL<br><br>**COMPASS VISION, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R Civ. P. 12(b)(6)]**<br><br>*Accompanying Papers:* Memorandum of Points & Authorities; Request for Judicial Notice; and [Proposed] Order<br><br>Date: February 26, 2008<br>Time: 9:00 a.m.<br>Crtrm: E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: November 6, 2007 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 26, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, Courtroom E, located at 450 Golden Gate Avenue, San Francisco, California, Defendant Compass Vision, Inc. ("Compass Vision") will move the Court to dismiss Plaintiffs' Joanne Elizabeth Cleveland, Cynthia Daniels, Laura

1  Fujisawa, Caroline Howe and Tracey Moore's Amended Complaint, with prejudice, pursuant to
2  Federal Rules of Civil Procedure, Rule 12(b)(6) on the grounds that Plaintiffs' Amended
3  Complaint fails to state a claim upon which relief can be granted.
4      This motion will be based on this Notice of Motion and Motion, the Memorandum of
5  Points and Authorities filed herewith, the Request for Judicial Notice, the Opinion issued by the
6  Hon. Dennis M. Cavanaugh in the action entitled *Lorie Garlick, et al. v. Quest Diagnostics, Inc.,*
7  *et al.*., civil Action No. 06-cv-6244, pending in the United States District Court for the District of
8  New Jersey, the pleadings and papers filed herein, and upon such other oral and documentary
9  evidence as may be presented at the hearing of this motion.
10     **PLEASE TAKE FURTHER NOTICE that Compass Vision requests oral argument**;
11 and
12     PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid, Compass
13 Vision will request that the proposed form of Order submitted herewith be entered by the Court.

Dated: January 17, 2008

GORDON & REES LLP

By: /s/ Catherine A. Salah
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

-2-
COMPASS VISION'S NOTICE OF MOTION AND MOTION TO DISMISS     CASE NO. CV 07-05642 EDL