DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants. | CASE NO. CV 07-05642 EDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COMPASS VISION, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R Civ. P. 12(b)(6)]**<br><br>*Accompanying Papers:* Notice of Motion; Memorandum of Points & Authorities; and [Proposed] Order<br><br>Date: February 26, 2008<br>Time: 9:00 a.m.<br>Crtrm: E<br>Judge: Hon. Elizabeth D. Laporte<br><br>Complaint Filed: November 6, 2007 |

In consideration of Defendant Compass Vision, Inc.'s ("Compass Vision") Motion to Dismiss Plaintiffs' Amended Complaint, Compass Vision requests that this Court, pursuant to Fed. R. Ev. 201(d), take judicial notice of the following:

1. Opinion issued by the Hon. Dennis M. Cavanaugh, filed on December 28, 2007, granting Defendants' Motion to Dismiss Plaintiffs' Complaint in the matter of *Lorie Garlick, et*

-1-

1  *al. v. Quest Diagnostics, Inc.*, et al., Case No. 06-cv-6244 (DMC), pending in the United States
2  District Court for the District of New Jersey, a true and correct copy of which is attached hereto
3  as **Exhibit 1.**
4      2.    Opinion issued by the Hon. James Gardner Collins, filed on October 9, 2007 in
5  the matter *Luz M. Perez-Rocha, M.D. v. Commonwealth of Pennsylvania, et al.,* Commonwealth
6  Court of Pennsylvania, No. 2225 C.D. 2006, a true and correct copy of which is attached hereto
7  as **Exhibit 2**.

Dated: January 17, 2008                      GORDON & REES LLP

By:   /s/ Catherine A. Salah
DION N. COMINOS
CATHERINE A. SALAH
Attorneys for Defendant
COMPASS VISION, INC.

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS        CASE NO. CV 07-05642 EDL