DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants. | CASE NO. CV 07-05642 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COMPASS VISION, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[Fed. R Civ. P. 12(b)(6)]**<br><br>*Accompanying Papers:* Notice of Motion; Memorandum of Points & Authorities; and Request for Judicial Notice<br><br>Date:    February 26, 2008<br>Time:   9:00 a.m.<br>Crtrm:  E<br>Judge:  Hon. Elizabeth D. Laporte<br><br>Complaint Filed: November 6, 2007 |

This matter having come before the Court by application of the attorneys for Defendant Compass Vision, Inc. ("Compass Vision") for an Order dismissing the Amended Complaint of Plaintiffs Joanne Elizabeth Cleveland, Cynthia Daniels, Laura Fujisawa, Caroline Howe and Tracey Moore, and the Court having reviewed the submissions of all counsel and for good cause shown,

-1-

1  IT IS HEREBY ORDERED that Compass Vision's Motion to Dismiss is granted.

2  Plaintiffs' Amended Complaint is hereby dismissed in its entirety, with prejudice, pursuant to

3  Fed. R Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

4  IT IS FURTHER ORDERED that a copy of this Order shall be served on Plaintiffs

5  within ___ days of the date hereof.

6  **IT IS SO ORDERED.**

7

8  Dated:    _____, 2008

10  Judge of the District Court

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**