CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone: (916)567-6404
Direct Line: (916)567-6426
FAX: 866-903-4464

Attorney for Defendant
NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE AND TRACEY MOORE, <br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC. AND NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS.<br><br>Defendants. | Case No. 3:07cv5642 BZ <br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br>[Fed. R Civ. P. 12(b)(6)]<br><br>Date:  March 5, 2008<br>Time: 10:00 a.m.<br>Crtrm: G<br>Judge: Bernard Zimmerman |

In consideration of Defendant National Medical Services, Inc.'s (NMS Labs) Motion to Dismiss Plaintiffs' Complaint, NMS Labs requests that this court, pursuant to Fed. R. Ev. 201(d), take judicial notice of the following:

1. Opinion issued by Hon. Dennis M. Cavanaugh, filed on December 28, 2007, granting Defendants' Motion to Dismiss Plaintiffs' Complaint in the matter of *Lori Garlick et al* v. *Quest Diagnostics, Inc., et al*, Case No.: 06 cv 6422 (DMC) pending in the United States District Court for the District of New Jersey, a truce and correct copy of which is attached as Exhibit 1.

2.  Opinion issued by the Hon. James Gardner Collins, filed on October 9, 2007, in the matter of *Luz M. Perez-Rocha, M.D.,* v. *Commonwealth of Pennsylvania et al.,* Commonwealth Court of Pennsylvania, No. 2225 C.D. 2006, a true and correct copy of which is attached hereto as Exhibit 2.

DATED: January 29, 2008

        LAW OFFICES OF SAMUEL G. GRADER

        /S/ Christian Green

        _____

           Christian Green
           Attorneys for Defendant