IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE AND TRACEY MOORE,<br><br>　　Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC. AND NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS.<br><br>　　Defendants. | Case No. 3:07cv5642 BZ<br><br>**[PROPOSED] ORDER GRANTING NATIONAL MEDICAL SERVICES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>[Fed. R Civ. P. 12(b)(6)]<br><br>Date:　March 5, 2008<br>Time:　10:00 a.m.<br>Crtrm:　G<br>Judge:　Bernard Zimmerman |

　　This matter having come before the Court by application of the attorneys for Defendant National Medical Services, Inc. (NMS Labs) for an Order dismissing the Complaint of Plaintiffs Joanne Elizabeth Cleveland, Cynthia Daniels, Laura Fujisawa, Caroline Howe and Tracey Moore, and the Court having reviewed the submissions of all counsel and for good cause shown,

　　IT IS HEREBY ORDERED that NMS Labs' Motion to Dismiss is granted. Plaintiffs' Complaint is hereby dismissed in its entirety, with prejudice, pursuant to Fed. R Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

　　IT IS FURTHER ORDERED that a copy of this Order shall be served on Plaintiffs within ___ days of the date hereof.

　　**IT IS SO ORDERED.**

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge of the District Court