CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone: (916)567-6404
Direct Line: (916)567-6426
FAX: 866-903-4464

Attorney for Defendant
NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LABS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE AND TRACEY MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC. AND NATIONAL MEDICAL SERVICES, INC. D/B/A NMS LABS.<br><br>Defendants. | Case No. 3:07cv5642 BZ<br><br>**CERTIFICATE OF SERVICE**<br><br>[Fed. R Civ. P. 12(b)(6)]<br><br>Date: March 5, 2008<br>Time: 10:00 a.m.<br>Crtrm: G, 15th Floor<br>Judge: Bernard Zimmerman |

# CERTIFICATE OF SERVICE

Matter: Cleveland v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-5642 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**National Medical Services, Inc., D/B/A NMS Lab's Notice of Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted, Memorandum of Points and Authorities in Support of Motion, Request for Judicial Notice in Support of Motion, and Proposed Order**

____    by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

_XX_    by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

____    b y causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

**Attorney for Plaintiff**
Joshua A. Ridless
Paul A. Moore, III
Law Offices of Joshua A. Ridless
244 California Street, Suite 300
San Francisco, CA 94111
Tel: 415-614-2600  Fx: 415-480-1398

**Attorney for Defendant Compass Vision, Inc.**
Catherine A. Salah
Gordon & Rees LLP
275 Batter Street, Suite 2000
San Francisco, CA 94111
Tx: 415-986-5900  Fx: 415-986-8054
Email: csalah@gordonrees.com

Norman Perlberger
Pomerantz Perlberger & Lewis
700 Stephen Girard Bldg
Philadelphia, PA 19107
Tel: 215-569-8866

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 29, 2008**, at Sacramento, California.

                          /S/Deborah J. Weidle
                          Deborah J. Weidle