1  DION N. COMINOS (SBN: 136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH (SBN: 154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 JOANNE ELIZABETH CLEVELAND,              CASE NO. CV 07-05642 BZ
   CYNTHIA DANIELS, LAURA FUJISAWA,
13 CAROLINE HOWE and TRACEY MOORE,          ***AMENDED*** NOTICE OF COMPASS
                                            VISION, INC.'S MOTION TO
14             Plaintiff,                   DISMISS PLAINTIFFS' AMENDED
                                            COMPLAINT FOR FAILURE TO
15        vs.                               STATE A CLAIM UPON WHICH
                                            RELIEF CAN BE GRANTED
16 COMPASS VISION, INC.; NATIONAL
   MEDICAL SERVICES, INC., d/b/a NMS        [Fed. R Civ. P. 12(b)(6)]
17 LABS, and DOES ONE THROUGH
   TWENTY,
                                            Date:    March 5, 2008
18             Defendants.           /      Time:    10:00 a.m.
                                            Crtrm:   G
19                                          Judge:   Hon. Bernard Zimmerman

20                                          Complaint Filed: November 6, 2007

21

22        TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE THAT Defendant COMPASS VISION, INC.'s ("Compass

24 Vision") Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim upon

25 which Relief can be Granted originally scheduled for February 26, 2008, has been rescheduled to

26 **March 5, 2008, at 10:00 a.m.** in Courtroom G of this Court, located at 450 Golden Gate

27 Avenue, 15th Floor, San Francisco, California 94102.

28

-1-

1    This motion will be based upon this Amended Notice, the Memorandum of Points and
2 Authorities, the Request for Judicial Notice, and the evidence submitted in support of the
3 Motion, previously filed and served on January 18, 2008; and on any further evidence the Court
4 deems just and proper.

6 Dated:  January 29, 2008                                  GORDON & REES LLP

                                                            /s/ Catherine A. Salah
8                                                    By: ─────────────────────────
                                                            DION N. COMINOS
9                                                           CATHERINE A. SALAH
                                                            Attorneys for Defendant
10                                                          COMPASS VISION, INC.