# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 30, 2008

To:   Christian Green
      Law Offices of Samuel G. Grader
      1860 Howe Avenue, Suite 350
      Sacramento, CA 95825


Re: Joanne E. Cleveland v. Compass Vision, Inc., et al.

Dear Mr. Green:

This is a confirmation letter that you will consent to United States Magistrate Judge Bernard Zimmerman.  A hearing has been scheduled for **March 5, 2008 at 10:00 a.m.**


At  **www.cand.uscourts.gov**  you will find the consent to proceed form. Please complete the consent form and electronically file it within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_/s/ Lashanda Scott_
By:   Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd