# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 30, 2008

To:  **Norman Perlberger**
Pomerantz Perlberger & Lewis, LLP
21 S. 12th Street , Room 700
Philadelphia, PA 19107

Re: Joanne E. Cleveland v. Compass Vision, Inc., et al.

Dear Mr. Perlberger:

This is a confirmation letter that you will consent to United States Magistrate Judge Bernard Zimmerman.  A hearing has been scheduled for **March 5, 2008 at 10:00 a.m.**


At  **www.cand.uscourts.gov**  you will find the consent to proceed form. Please complete the consent form and electronically file it within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:    Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 30, 2008

To:   **Norman Perlberger**
Pomerantz Perlberger & Lewis, LLP
21 S. 12th Street , Room 700
Philadelphia, PA 19107

Re: Joanne E. Cleveland v. Compass Vision, Inc., et al.

Dear Mr. Perlberger:

This is a confirmation letter that you will consent to United States Magistrate Judge Bernard Zimmerman.  A hearing has been scheduled for **March 5, 2008 at 10:00 a.m.**

At **www.cand.uscourts.gov**  you will find the consent to proceed form. Please complete the consent form and electronically file it within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:    Lashanda Scott
          Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

January 30, 2008

To:  **Norman Perlberger**
Pomerantz Perlberger & Lewis, LLP
21 S. 12th Street , Room 700
Philadelphia, PA 19107

Re: Joanne E. Cleveland v. Compass Vision, Inc., et al.

Dear Mr. Perlberger:

This is a confirmation letter that you will consent to United States Magistrate Judge Bernard Zimmerman.  A hearing has been scheduled for **March 5, 2008 at 10:00 a.m.**

At  **www.cand.uscourts.gov**  you will find the consent to proceed form. Please complete the consent form and electronically file it within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd