UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joanne E. Cleveland et al.

Plaintiff(s),

v.

Compass Vision, Inc. et al.

Defendant(s).

No. C V05642-BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1-30-08

_____
Signature

Counsel for  Defendant
(Plaintiff, Defendant or indicate "pro se")

# CERTIFICATE OF SERVICE

Matter:  Cleveland v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-5642 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause.  I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**Consent to Proceed Before a United States Magistrate Judge**

\_\_\_\_ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.  I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business.  Said correspondence was addressed as set forth below.

_XX_ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

\_\_\_\_\_ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| **Attorney for Plaintiff** | **Attorney for Defendant Compass Vision, Inc.** |
|---|---|
| Joshua A. Ridless | Catherine A. Salah |
| Paul A. Moore, III | Gordon & Rees LLP |
| Law Offices of Joshua A. Ridless | 275 Batter Street, Suite 2000 |
| 244 California Street, Suite 300 | San Francisco, CA 94111 |
| San Francisco, CA 94111 | Tx: 415-986-5900  Fx: 415-986-8054 |
| Tel: 415-614-2600  Fx: 415-480-1398 | Email: csalah@gordonrees.com |

Norman Perlberger
Pomerantz Perlberger & Lewis
700 Stephen Girard Bldg
Philadelphia, PA 19107
Tel: 215-569-8866

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on **January 30, 2008**, at Sacramento, California.

                                             /S/Deborah J. Weidle
                                             Deborah J. Weidle