UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>COMPASS VISION INC., et al.,<br><br>　　　　Defendant(s). | No. C07-3431 BZ<br><br>Related Case: C07-5642 BZ<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further Case Management Conference is set for **March 5, 2008** after the **10:00 a.m.** hearing on defendant Compass Vision's Motion to Dismiss in the related case, <u>Cleveland v. Compass Vision</u>, C07-5642 BZ. At the conference, the parties will address consolidation and multi-district litigation issues.

The parties are further **ORDERED** to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by **February 11, 2008**.

Dated: January 31, 2008

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\WILSON\ORDER SCHEDULING FURTHER CMC.wpd

1