Norman Perlberger, Esquire                    Attorneys Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215)  569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : | **CASE NO. CV 07 5642 BZ** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **CONSENT TO PROCEED BEFORE** |
| | : | **A UNITED STATES MAGISTRATE** |
| **COMPASS VISION, INC. and** | : | **JUDGE** |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| **Defendants** | : | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment.   Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  February 5, 2008            POMERANTZ PERLBERGER & LEWIS LLP


                    By:        /s/
                               NORMAN PERLBERGER, ESQUIRE
                               Attorney Pro Hac Vice for Plaintiffs

Norman Perlberger, Esquire                    Attorneys Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : | **CIVIL ACTION** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **COMPASS VISION, INC. and** | : | **NO. CV 07 5642 BZ** |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| | : | |

## CERTIFICATION OF SERVICE

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Consent to Proceed

Before a United States Magistrate Judge was made this date by ecf-filing to the following:

Catherine A. Salah, Esquire            Christian Barrett Green, Esquire
Gordon & Rees, LLP                     Law Offices of Samuel G. Grader
275 Battery Street, Suite 2000         2180 Harvard Street, Suite 400
San Francisco, CA    94111            Sacramento, CA    95815


                    /s/
              NORMAN PERLBERGER, ESQUIRE


DATED:      February 5, 2008