UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE<br>        Plaintiffs<br><br>vs.<br><br>COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS | : CASE NO. CV 07 5642 BZ<br>:<br>: ORDER- PLAINTIFFS' MOTION<br>: TO STRIKE DEFENDANT COMPASS<br>: VISION'S MOTION TO DISMISS<br>: PLAINTIFFS' AMENDED COMPLAINT<br>: AND DEFENDANT COMPASS<br>: VISION'S REQUEST FOR JUDICIAL<br>: NOTICE |

    This matter having come before the Court by application of the attorneys for plaintiffs for an Order striking the Motion to Dismiss the Amended Complaint and Request for Judicial Notice of defendant Compass Vision, and the Court having reviewed the submissions of all counsel and for good cause shown,

    IT IS HEREBY ORDERED that defendant Compass Vision's Motion to Dismiss, and Request for Judicial Notice, are hereby STRICKEN.

    IT IS FURTHER ORDERED that defendant Compass Vision, Inc. shall file Answer and Affirmative Defenses to plaintiff's Amended Complaint within _____ days of the date hereof.

    IT IS FURTHER ORDERED that a copy of this Order shall be served on Defendant Compass Vision, Inc. within _____ days of the date hereof.

SO ORDERED:

DATED: _____    _____
                                                               HONORABLE BERNARD ZIMMERMAN
                                                              UNITED STATES MAGISTRATE JUDGE

**ORDER PLAINTIFFS' MOTION TO STRIKE**                            Case No. 07 CV 5642 BZ

Norman Perlberger, EsquireAttorney Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE** Plaintiffs vs. **COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS** | CASE NO. CV 07 5642 BZ PLAINTIFFS' NOTICE OF MOTION TO STRIKE DEFENDANT COMPASS VISION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT COMPASS VISION'S REQUEST FOR JUDICIAL NOTICE Date: March 19, 2008 Time: 10:00 a.m. Courtroom: G Judge: Hon. Bernard Zimmerman |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNIES OF RECORD:

PLEASE TAKE NOTICE that on March 19, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard in the above entitled Court, Courtroom G, located at 450 Golden Gate Ave, San Francisco, California, 94102; plaintiffs Joanne Elizabeth Cleveland, Et. Al., will move this Honorable Court to Strike defendant Compass Vision's Motion to Dismiss Plaintiffs' Complaint and Request for Judicial Notice for violating Local Rule of Civil Procedure 3-4 (e) Prohibition of Citation to Uncertified Opinion or Order.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, and upon such other oral and documentary evidence as required by this Honorable Court.

**PLAINTIFFS MOTION TO STRIKE**Case No. 07 CV 5642 BZ

PLEASE TAKE FURTHER NOTICE that plaintiffs **WAIVE ORAL ARGUMENT**.

PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid , plaintiffs will request that the proposed form of Order submitted herewith, be entered by the Court.

Dated: February 5, 2008            POMERANTZ PERLBERGER & LEWIS LLP


BY: /s/
Norman Perlberger
Attorney Pro Hac Vice for Plaintiffs

Norman Perlberger, Esquire Attorney Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215)  569-8866
nperlberger@ppl-law.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE**<br>    **Plaintiffs**<br><br>vs.<br><br><br><br>**COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS** | CASE NO. CV 07 5642 BZ<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT COMPASS VISION'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT COMPASS VISION'S REQUEST FOR JUDICIAL NOTICE<br><br>Date: March 19, 2008<br>Time: 10:00 a.m.<br>Courtroom: G<br>Judge: Hon. Bernard Zimmerman |

Pursuant to Federal Rule of Civil procedure 12 (f), plaintiffs Joanne Elizabeth Cleveland et. al., respectfully submit the following Motion to Strike the defendant Compass Vision's Motion to Dismiss Plaintiffs' Amended Complaint and Request for Judicial Notice as both filings contain impertinent matter in violation of local civil rule 3-4 (e) "Prohibition of Citation to Uncertified Opinion or Order."

**INTRODUCTION**

Plaintiffs filed the original Complaint on November 6, 2007. On January 9, 2008 as of right , since no responsive pleading had been filed by the defendants, plaintiffs filed their

**MEMORANDUM OF POINTS AND** CASE NO. CV 07 5642 BZ
**AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION TO STRIKE**

Amended Complaint. On January 10, 2008, defendant Compass Vision filed a 12 (b) (6) Motion to Dismiss the original complaint, together with a Request for Judicial Notice in support of its motion. The motion to dismiss was withdrawn as moot, for being filed after the Amended Complaint was filed. On January 18, 2008 defendant Compass Vision filed the 12 (b) (6) Motion to Dismiss the Amended Complaint that is the subject of this motion to strike. The current hearing date for the motion to dismiss is March 5, 2008.

**ARGUMENT**

Federal Rule of Civil Procedure 12 (f) allows a party to file a motion to strike. Either on motion or on its own initiative, "the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." In the Introduction[1] of defendant's motion, the defendant cites a "Not for Publication" opinion by New Jersey Federal District Judge Dennis M. Cavanaugh in the case of <u>Garlick et al v. Quest et al.</u> The defendant makes argument as to the relevance of that decision on pages 2 and 3 of its Memorandum of Points and Authorities. The opinion itself is attached as Exhibit 1 to defendant's Request for Judicial Notice.

Rule 3-4 (e) of the Northern District Local Rules of Civil Procedure prohibits the citing of a Not for Publication opinion from another issuing court:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**

CASE NO. CV 07 5642 BZ

---

[1] Interestingly, the "Not for Publication" Garlick opinion is not mentioned in the Legal Authority section of the defendant's motion and is not listed in its Table of Authorities.

2

**3-4. Papers Presented for Filing …**

**(e) Prohibition of Citation to Uncertified Opinion or Order.** Any order or opinion that is designated: "NOT FOR CITATION," pursuant to Civil L.R. 7-14 or pursuant to a similar rule of any other issuing court, may not be cited to this Court, either in written submissions or oral argument, except when relevant under the doctrines of law of the case, *res judicata* or collateral estoppel.

The cited opinion is not relevant under the exceptions of Rule 3-4 (e). As such, both filings by the defendant seek to bring impertinent material before this Honorable Court in an attempt to persuade the Court concerning the relief sought by the defendant.

WHEREFORE, the plaintiffs therefore respectfully request that defendant Compass Vision's 12 (b) (6) Motion to Dismiss the Amended Complaint and Request for Judicial Notice be stricken.

Dated: February 5, 2008        POMERANTZ PERLBERGER & LEWIS LLP

BY:    /s/
Norman Perlberger
Attorney Pro Hac Vice for Plaintiffs

Norman Perlberger, Esquire                                          Attorneys Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : | **CIVIL ACTION** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| **COMPASS VISION, INC. and** | : | **NO. CV 07 5642 BZ** |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiffs' Motion to Strike Defendant Compass Vision's Motion to Dismiss Plaintiffs' Amended Complaint and Request for Judicial Notice was made this date by ecf-filing and first-class mail to the following:

Catherine A. Salah, Esquire            Christian Barrett Green, Esquire
Gordon & Rees, LLP                     Law Offices of Samuel G. Grader
275 Battery Street, Suite 2000         1680 Harvard Street, Suite 350
San Francisco, CA   94111              Sacramento, CA   95825


                                       /s/
                                       NORMAN PERLBERGER, ESQUIRE

DATED:   February 5, 2008