## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE<br>        **Plaintiffs**<br><br>        **vs.**<br><br><br>COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS<br>        **Defendants** | : CASE NO. CV 07 5642 BZ<br>:<br>:<br>: **ORDER- PLAINTIFFS' MOTION**<br>: **TO STRIKE DEFENDANT NATIONAL**<br>: **MEDICAL SERVICES, INC.'S MOTION**<br>: **TO DISMISS PLAINTIFFS' AMENDED**<br>: **COMPLAINT AND DEFENDANT**<br>: **NATIONAL MEDICAL SERVICES, INC.'S**<br>: **REQUEST FOR JUDICIAL NOTICE**<br>:<br>:<br>:<br>:<br>:<br>: |

This matter having come before the Court by application of the attorneys for plaintiffs for an Order striking the Motion to Dismiss the Amended Complaint and Request for Judicial Notice of defendant National Medical Services, Inc., and the Court having reviewed the submissions of all counsel and for good cause shown,

IT IS HEREBY ORDERED that defendant National Medical Services, Inc.'s Motion to Dismiss, and  Request for Judicial Notice, are hereby STRICKEN.

IT IS FURTHER ORDERED that defendant National Medical Services, Inc.'s shall file Answer and Affirmative Defenses to plaintiff's Amended Complaint within _____ days of the date hereof.

IT IS FURTHER ORDERED that a copy of this Order shall be served on Defendant National Medical Services, Inc. within _____ days of the date hereof.

SO ORDERED:

DATED: _____      _____

                                           HONORABLE BERNARD ZIMMERMAN
                                           UNITED STATES MAGISTRATE JUDGE

Norman Perlberger, Esquire                          Attorney Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215)   569-8866
nperlberger@ppl-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : **CASE NO. CV 07 5642 BZ** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : |
| **CAROLINE HOWE and TRACEY MOORE** | : **PLAINTIFFS' NOTICE OF MOTION** |
| **Plaintiffs** | : **TO STRIKE DEFENDANT NATIONAL** |
| | : **MEDICAL SERVICES INC.'S MOTION TO** |
| **vs.** | : **DISMISS PLAINTIFFS' AMENDED** |
| | : **COMPLAINT AND DEFENDANT** |
| **COMPASS VISION, INC. and** | : **NATIONAL MEDICAL SERVICES, INC.'S** |
| **NATIONAL MEDICAL SERVICES, INC.** | : **REQUEST FOR JUDICIAL NOTICE** |
| **d/b/a NMS LABS** | : |
| **Defendants** | : Date:         March 19, 2008 |
| | : Time:         10:00 a.m. |
| | : Courtroom: G |
| | : Judge:        Hon. Bernard Zimmerman |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNIES OF RECORD:

        PLEASE TAKE NOTICE that on March 19, 2008 at 10:00 a.m., or as soon thereafter as the

matter may be heard in the above entitled Court, Courtroom G, located at 450 Golden Gate Ave, San

Francisco, California, 94102; plaintiffs Joanne Elizabeth Cleveland, Et. Al. will move this Honorable

Court to Strike defendant National Medical Services, Inc.'s Motion to Dismiss Plaintiffs' Complaint

and Request for Judicial Notice for violating Local Rule of Civil Procedure 3-4 (e) Prohibition of

Citation to Uncertified Opinion or Order.

**PLAINTIFFS NOTICE - MOTION TO STRIKE**                          Case No. 07 CV 5642 BZ

This motion will be based on this Notice of Motion, the Memorandum

of Points and Authorities filed herewith, and upon such other oral and documentary evidence as

required by this Honorable Court.

PLEASE TAKE FURTHER NOTICE that plaintiffs **WAIVE ORAL ARGUMENT**.

PLEASE TAKE FURTHER NOTICE that at the time and place aforesaid , plaintiffs will

request that the proposed form of Order submitted herewith, be entered by the Court.


Dated: February 8, 2008            POMERANTZ PERLBERGER & LEWIS LLP



BY:      _____/s/_____
                Norman Perlberger
                Attorney Pro Hac Vice for Plaintiffs

Norman Perlberger, Esquire                          Attorney Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE** Plaintiffs | **: CASE NO. CV 07 5642 BZ** : : **: MEMORANDUM OF POINTS AND** |
| | **: AUTHORITIES IN SUPPORT OF** : **PLAINTIFFS' MOTION TO STRIKE** |
| **vs.** | **: DEFENDANT NATIONAL MEDICAL** : **SERVICES INC.'S MOTION TO** : **DISMISS PLAINTIFFS' AMENDED** : **COMPLAINT AND DEFENDANT** : **NATIONAL MEDICAL SERVICES INC.'S** : **REQUEST FOR JUDICIAL NOTICE** |
| **COMPASS VISION, INC. and NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS** Defendants | : : : : Date:     March 19, 2008 : Time:     10:00 a.m. : Courtroom: G : Judge:      Hon. Bernard Zimmerman |

Pursuant to Federal Rule of Civil procedure 12 (f), plaintiffs Joanne Elizabeth Cleveland et.

al., respectfully submit the following Motion to Strike the defendant National Medical Services,

Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint and Request for Judicial Notice as both

filings contain impertinent matter in violation of local civil rule 3-4 (e) "Prohibition of Citation to

Uncertified Opinion or Order."

**MEMORANDUM OF POINTS AND**                          CASE NO. CV 07 5642 BZ
**AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION TO STRIKE**

**INTRODUCTION**

Plaintiffs filed the original Complaint on November 6, 2007. On January 9, 2008 as of right , since no responsive pleading had been filed by the defendants, plaintiffs filed their Amended Complaint. On January 29, 2008, defendant National Medical Services, Inc. filed a 12 (b) (6) Motion to Dismiss the amended complaint, together with a Request for Judicial Notice in support of its motion; that are the subject of this motion to strike. The current hearing date for the motion to dismiss is March 5, 2008.

**ARGUMENT**

Federal Rule of Civil Procedure 12 (f) allows a party to file a motion to strike. Either on motion or on its own initiative, "the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." In the Introduction[1] of defendant's motion, the defendant cites a "Not for Publication" opinion by New Jersey Federal District Judge Dennis M. Cavanaugh in the case of <u>Garlick et al v. Quest et al.</u> The defendant makes argument as to the relevance of that decision in its Notice, and on pages 3 and 4 of its Introduction to the Memorandum of Points and Authorities.  The opinion itself is attached as Exhibit 1 to defendant's Request for Judicial Notice.

Rule 3-4 (e) of the Northern District Local Rules of Civil Procedure prohibits the citing of a Not for Publication opinion from another issuing court:

**MEMORANDUM OF POINTS AND**
**AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION TO STRIKE**

<u>CASE NO. CV 07 5642 BZ</u>

[1] Interestingly, the "Not for Publication" Garlick opinion is not mentioned in the Legal Authority section of the defendant's motion, or in the Table of Authorities.

**3-4. Papers Presented for Filing …**

**(e) Prohibition of Citation to Uncertified Opinion or Order.**
Any order or opinion that is designated: "NOT FOR CITATION,"
pursuant to Civil L.R. 7-14 or pursuant to a similar rule of any
other issuing court, may not be cited to this Court, either in written
submissions or oral argument, except when relevant under the
doctrines of law of the case, *res judicata* or collateral estoppel.

The cited opinion is not relevant under the exceptions of Rule 3-4 (e). As such, both

filings by the defendant seek to bring impertinent material before this Honorable Court in an

attempt to persuade the Court concerning the relief sought by the defendant.

WHEREFORE, the plaintiffs therefore respectfully request that defendant National

Medical Services, Inc.'s  12 (b) (6) Motion to Dismiss the Amended Complaint and Request for

Judicial Notice  be stricken.

Dated: February 8, 2008              POMERANTZ PERLBERGER & LEWIS LLP


BY:      ____/s/_____
              Norman Perlberger
              Attorney Pro Hac Vice for Plaintiffs


**MEMORANDUM OF POINTS AND**              CASE NO. CV 07 5642 BZ
**AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION TO STRIKE**

Norman Perlberger, Esquire                          Attorneys Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215)  569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,** | : | **CIVIL ACTION** |
| **CYNTHIA DANIELS, LAURA FUJISAWA,** | : | |
| **CAROLINE HOWE and TRACEY MOORE** | : | |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **COMPASS VISION, INC. and** | : | **NO. CV 07 5642 BZ** |
| **NATIONAL MEDICAL SERVICES, INC.** | : | |
| **d/b/a NMS LABS** | : | |
| | : | |

## CERTIFICATION OF SERVICE

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiffs' Motion to

Strike Defendant National Medical Services, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint

and Request for Judicial Notice was made this date by ecf-filing and first-class mail to the following:

Catherine A. Salah, Esquire              Christian Barrett Green, Esquire
Gordon & Rees, LLP                       Law Offices of Samuel G. Grader
275 Battery Street, Suite 2000           1680 Harvard Street, Suite 350
San Francisco, CA    94111               Sacramento, CA    95825

_____/s/_____
NORMAN PERLBERGER, ESQUIRE

DATED:    _____February 8, 2008_____