Norman Perlberger, Esquire                                    Attorney Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE** | : : : | CASE NO. CV 07 5642 BZ |
| **Plaintiffs** | : : : : : | STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO STRIKE AND ENLARGEMENT OF TIME FOR RESPONSES TO MOTIONS |
| vs. | : : : | |
| **COMPASS VISION, INC.** and **NATIONAL MEDICAL SERVICES, INC. d/b/a NMS LABS** | : : : | |
| **Defendants** | : : : : | Date:  March 19, 2008<br>Time:  10:00 a.m.<br>Courtroom: G<br>Judge:  Hon. Bernard Zimmerman |

## STIPULATION

It is herein requested by all counsel that an Order be issued shortening the time for the hearing on Plaintiff's Motions to Strike the Defendants Motions to Dismiss Plaintiffs Amended Complaint, which is currently listed for March 19, 2008 to the date of the hearing for the Defendants Motions to Dismiss on March 5, 2008 at 10:00 a.m. It is also requested that the date for filing responses be enlarged for Plaintiffs to Defendants' motions and Defendants to Plaintiffs' motion, for 5 days from Wednesday February 13, 2008 until Monday, February 18, 2008, with Reply briefs by February 25, 2008.

The reason for the request to shorten is that the ruling on the Plaintiffs Motion to Strike may

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**                                   Case No. 07 CV 5642 BZ

be relevant to the consideration of Defendants Motions to Dismiss. The reason for the request to enlarge the time for filing responses is due to the requested shortening, and due to the recently allowed filing of defendant NMS' Motion to Dismiss on January 29, 2008, and the scheduled deadline for 26a disclosures in the related Wilson case, for Monday, February 11, 2008.

There have been no previously requested time modifications in this case and the only effect on the schedule for the case will be the sooner hearing date.

Dated: February 12, 2008

| For Plaintiffs | For Defendant National Medical Services, Inc. |
|---|---|
| BY: /s/ | BY: /s/ |
| Norman Perlberger, Esquire | Christian Green, Esquire |

For Defendant Compass Vision, Inc.

BY: /s/
Catherine Salah



PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

**STIPULATED REQUEST FOR ORDER SHORTENING TIME**                                            Case No. 07 CV 5642 BZ

2