UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, et al.<br><br>    Plaintiff(s),<br><br>  v.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendant(s). | No. C07-5642 BZ<br><br>Related Case: C07-3431 BZ<br><br>**CLERK'S NOTICE CONTINUING HEARINGS** |

The hearing on defendants' motions to dismiss plaintiff's amended complaint are **continued** to **Wednesday, March 19, 2008 at 10:00 a.m.** to coincide with the hearing on plaintiff's motion to strike. The briefing schedule for the three motions is modified as follows:

  1. All oppositions shall be filed no later than **Wednesday, February 20, 2008**; and

  2. Any reply papers, if necessary, shall be filed no later than **Wednesday, February 27, 2008**.

Dated: February 13, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\CLEVELAND V. COMPASS VISION\CLKS NOTICE CONTIN.HRGS.wpd

1