UNITED STATES DISTRICT COURT

Northern District of California

Joanne Elizabeth Cleveland, Cynthia Daniels, Laura Fujisawa, Caroline Howe and Tracey Moore

Plaintiff(s),

v.

Compass Vision, Inc. and National Medical Services, Inc. d/b/a NMS Labs

Defendant(s).

CASE NO. 07-cv-5642 BZ

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Eliot H. Lewis, Esquire , an active member in good standing of the bar of the Supreme Court of Pennsylvania whose business address and telephone number (particular court to which applicant is admitted) is

21 S. 12th Street, Room 700, Philadelphia, PA 19107
(215) 569-8866

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 24 Feb 08

Bernard Zimmerman
United States Magistrate Judge