Clerk's Use Only

Initial for fee pd.: _____

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

_____,

               Plaintiff(s),

   v.

_____

               Defendant(s). /

CASE NO.

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, _____, an active member in good standing of the bar of _____, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing _____ in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____    _____

**UNITED STATES DISTRICT COURT**

Northern District of California

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s).<br>_____ / | **CASE NO.**<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

_____, an active member in good standing of the bar of

_____ whose business address and telephone number

 (particular court to which applicant is admitted)

is

                                                                                                                                                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing                                                                   .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                                  _____

                                                                  United States           Judge

UNITED STATES DISTRICT COURT
For the Northern District of California