1  CHRISTIAN GREEN, State Bar No. 173502
2  LAW OFFICES OF SAMUEL G. GRADER
   1860 Howe Avenue, Suite 350
3  Sacramento, CA 95825
   Telephone: 916-567-6420
   Direct Line: 916-567-6426
4  FAX: 866-903-4464

5  Attorney for Defendant
6  National Medical Services, Inc., D/B/A NMS Labs

7
8              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 DEBORAH WILSON,                     Case No. 3:07cv03431 BZ

         Plaintiff,
11
         vs.                           NATIONAL MEDICAL SERVICES,
12                                     INC., D/B/A NMS LAB'S REQUEST TO
                                       APPEAR TELEPHONICALLY AT
13 COMPASS VISION, INC., NATIONAL      JOINT CASE MANAGEMENT
   MEDICAL SERIVCES, INC., D/B/A NMS   CONFERENCE
14 LAB'S
                                       Date:   3/24/2008
15                                     Time:   10:00 a.m.
         Defendants.                   Dept.:  G
16                                     Judge Bernard Zimmerman
17
18 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19        National Medical Services, Inc., d/b/a NMS Labs' (NMS) Counsel respectfully requests

20 the Court's permission to appear telephonically at the Joint Case Management Conference

21 scheduled for March 24, 2008, at 10:00 a.m.  NMS' counsel can effectively participate in the

22 Further Joint Case Management Conference by telephone and no party will suffer prejudice or

23 inconvenience as a result of such telephonic appearance.

24 DATED:  March 11, 2008

25                      LAW OFFICES OF SAMUEL G. GRADER

26
                       By  /S/ Christian Green
27                              Christian Green
                                Attorneys for Defendant
28                              National Medical Services, Inc., D/B/A NMS Labs
29

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| DEBORAH WILSON, | Case No. 3:07cv03431 BZ |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER TO APPEAR TELEPHONICALLY AT THE FURTHER JOINT CASE MANAGEMENT CONFERENCE |
| COMPASS VISION, INC., NATIONAL MEDICAL SERVICES D/B/A NMS LAB | |
| Defendants. | Date:   3/24/2008 |
| | Time:   10:00 a.m. |
| | Dept.:  G |
| | Judge Bernard Zimmerman |

HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Joint Case Management Conference and good cause appearing.

IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Further Joint Case Management Conference on March 24, 2008, at 10:00 a.m.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S shall dial into the conference at the following telephone number _____.

Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: March 12, 2008

_____

Judge of the District Court

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA