| | |
|---|---|
| Norman Perlberger, Esquire<br>nperlberger@ppl-law.com<br>Eliot H Lewis, Esquire<br>ehlewis@ppl-law.com<br>POMERANTZ PERLBERGER & LEWIS LLP<br>21 South 12th Street, 7th Floor<br>Philadelphia, PA 19107<br>Telephone: (215)   569-8866<br>Facsimile:  (215)   568-6511 | Attorneys Pro Hac Vice for Plaintiffs,<br>Joanne Cleveland, et al |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CLEVELAND, ET AL<br>        Plaintiffs,<br><br>vs.<br><br><br><br>COMPASS VISION, INC.; and<br>NATIONAL MEDICAL SERVICES,<br>INC., d/b/a NMS LABS,<br>        Defendants | Case No. C07 CV 5642 BZ<br><br>Related Case No. C07 CV 3431<br><br>**PLAINTIFFS' DECLARATION**<br><br>[Local Rule 16-9]<br><br>**Date:  March 24, 2008**<br>**Time   4:00 P.M.**<br>**Courtroom: G**<br>**Judge: Hon. Bernard Zimmerman** |

Pursuant to Local Rule 16-9 (a), since all of the parties having been unable to agree to a joint statement, Plaintiffs submit the following Declaration:

Defendants were not willing to agree to the same language and case cites concerning the legal issues as was agreed and made part of the *Wilson* Joint Case Management Statement. The Standing Order for that section indicates that it include reference to specific decisions concerning points of law. Defendants filed their Joint Statement prior to any attempt to resolve this dispute. Therefore, Plaintiffs have filed a separate statement.

Dated: March 12, 2008              Pomerantz Perlberger & Lewis LLP

                        By: _____/S/_____
                           Norman Perlberger
                           Eliot H. Lewis
                           Attorneys Pro Hac Vice For Plaintiffs

                                      Case No. C07 CV 5642 BZ

**PLAINTIFFS' DECLARATION**