**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **03/24/2008**

**C07-5642 BZ**
**C07-3431 BZ**

**Joanne E. Cleveland, et al. V. Compass Vision, et al.**
**Deborah Wilson v. Compass Vision, et al.**

Attorneys: Pltf: Elliot Lewis
           Def: Christian Green and Catherine A. Salah

                                        Time: 3:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                        **RULING:**

1. Telephonic Case Management Conference    Matter Held
2. _____    _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will consolidate the cases for the purpose of **discovery only**. Counsel agree to participate in court sponsored mediation. Mediation session to occur within 90-120 days. Initial Disclosures in the Cleveland case due by April 1, 2008. Further Status Conference set for September 15, 2008 at 3:00 p.m. Counsel will submit a stipulated discovery plan.

( XX ) ORDER TO BE PREPARED BY:   Pltnf ___   Deft ___   Court  XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Pltnf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                   Type of Trial: ( )Jury   ( )Court
Notes: _____