UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH WILSON, ) | | |
| ) | | |
| Plaintiff(s), ) | No. C07-3431 BZ | |
| ) | | |
| v. ) | | |
| ) | | |
| COMPASS VISION, INC., et ) | | |
| al., ) | | |
| ) | | |
| Defendant(s). ) | | |
| _____) | | |
| ) | | |
| JOANNE ELIZABETH CLEVELAND, ) | No. C07-5642 BZ | |
| et al. ) | | |
| ) | | |
| Plaintiff(s), ) | | |
| ) | **ORDER CONSOLIDATING** | |
| v. ) | **CASES FOR DISCOVERY** | |
| ) | | |
| COMPASS VISION, INC., et ) | | |
| al., ) | | |
| ) | | |
| Defendant(s). ) | | |
| _____) | | |

Following the Case Management Conference, **IT IS HEREBY ORDERED** that <u>Wilson v. Compass Vision</u>, C07-3431 and <u>Cleveland v. Compass Vision</u>, C-07-5642 are **CONSOLIDATED** for the purpose of discovery only.

Dated: March 25, 2008

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\clevelandv.compassvision\order consolidating cases for discovery only purposes.wpd          1