| | |
|---|---|
| Norman Perlberger, Esquire<br>POMERANTZ PERLBERGER & LEWIS LLP<br>21 South 12th Street, 7th Floor<br>Philadelphia, PA 19107<br>(215) 569-8866<br>nperlberger@ppl-law.com<br>ehlewis@ppl-law.com | Attorneys Pro Hac Vice for Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JOANNE ELIZABETH CLEVELAND,**<br>**CYNTHIA DANIELS, LAURA FUJISAWA,**<br>**CAROLINE HOWE and TRACEY MOORE**<br>Plaintiffs | : | **CIVIL ACTION** |
| vs. | : | |
| **COMPASS VISION, INC. and**<br>**NATIONAL MEDICAL SERVICES, INC.**<br>**d/b/a NMS LABS** | : | **NO. CV 07 5642 BZ** |

**CERTIFICATION OF SERVICE**

NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiffs' Opposition to Defendant NMS Lab's Petition for §1292(b) Certification for Interlocutory Appeal was made this date by ecf-filing and/or e-mail to the following:

| | |
|---|---|
| Catherine A. Salah, Esquire<br>Gordon & Rees, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA   94111<br>csalah@gordonrees.com | Christian Barrett Green, Esquire<br>Law Offices of Samuel G. Grader<br>1680 Howe Street, Suite 350<br>Sacramento, CA   95825<br>christian.green@cna.com |

/s/
NORMAN PERLBERGER, ESQUIRE

DATED:    April 9, 2008