UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE<br>Plaintiffs<br><br>vs.<br><br>COMPASS VISION, INC. and<br>NATIONAL MEDICAL SERVICES, INC.<br>d/b/a NMS LABS<br>Defendants<br>_____ | : CASE NO. CV 07 5642 BZ<br>:<br>: ORDER- DENYING PETITION FOR<br>: SECTION 1292 (b) CERTIFICATION<br>: FOR INTERLOCUTORY APPEAL<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

This matter having come before the Court by application of the attorneys for defendant National Medical Services, Inc requesting certification for Interlocutory Appeal of the Order of this Court denying defendant's motion to dismiss the amended complaint, and the Court having reviewed the submissions of all counsel and for good cause shown,

IT IS HEREBY ORDERED that defendant National Medical Services, Inc.'s Request For Certification Pursuant to 28 U.S.C. 1292 (b) is hereby DENIED.

SO ORDERED:

DATED:

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE