IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendants.<br>_____/<br><br>JOANNE CLEVELAND,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC., et al.,<br><br>    Defendants.<br>_____/ | Case No. 3:07cv03431 BZ consolidated with Case No. 3:07cv5642 BZ for discovery purposes<br><br>**STIPULATION RE: DISCOVERY PLAN PURSUANT TO F.R.C.P. 26** |

THE PARTIES HAVING MET AND CONFERRED hereby have agreed and stipulated to the following:

Interrogatories:

    Plaintiffs may, collectively, propound 35 Interrogatories to each defendant.

    Each Defendant may propound 35 to each plaintiff.

Request for Admission:

    Plaintiffs may, collectively, propound 20 requests for admissions to each defendant.

    Each Defendant may propound 20 requests for admissions to each plaintiff.

Request for Production

Plaintiffs may, collectively, propound 30 requests for production to each defendant.

Each Defendant may propound 30 requests for production to each plaintiff.

Depositions

Plaintiff may, collectively, take 10 depositions.

Defendants may take 20 depositions, collectively.

The parties stipulate that the above-referenced discovery may commence on May 1, 2008.

Dated: April 16, 2008                Pomerantz Perlberger & Lewis

/S/ Eliot H. Lewis
_____
Eliot H. Lewis
Attorney for Plaintiffs

Dated: April 16, 2008                Gordon & Rees LLP

/S/ Catherine Salah
_____
Catherine Salah
Attorney for Defendant Compass Vision

Dated: April 16, 2008                Law Offices of Samuel G. Grader

/S/ Christian B. Green
_____
Christian B. Green
Attorney for Defendant NMS Labs

IT IS SO ORDERED
Judge Bernard Zimmerman

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: __April 16, 2008_____                _____
United States Magistrate ____ Judge

# CERTIFICATE OF SERVICE

Matter: Wilson v. Compass Vision, Inc./Cleveland v. Compass Vision
United States District Court, Northern District Case No.: 3:07cv03431 BZ consolidated with 3:07-cv-03431 BZ for discovery purposes

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**Stipulation Re: Discovery Plan Pursuant to F.R.C.P. 26**

____ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

_XX_ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| Attorney for Plaintiff | Attorney for Defendant Compass Vision, Inc. |
|---|---|
| Joshua A. Ridless<br>Paul A. Moore, III<br>Law Offices of Joshua A. Ridless<br>244 California Street, Suite 300<br>San Francisco, CA 94111<br>Tel: 415-614-2600  Fx: 415-480-1398 | Catherine A. Salah<br>Gordon & Rees LLP<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Tx: 415-986-5900  Fx: 415-986-8054<br>Email: csalah@gordonrees.com |
| Norman Perlberger<br>Eliot H. Lewis<br>Pomerantz Perlberger & Lewis<br>700 Stephen Girard Bldg<br>Philadelphia, PA 19107<br>Tel: 215-569-8866 | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 16, 2008, at Sacramento, California.

                                     //Deborah J. Weidle
                                       Deborah J. Weidle