United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wilson/Cleveland,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Compass Vision, Inc.,<br><br>　　　　　　Defendant(s). | 07-03431 and 07-05642 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　　　**Robert S. Luft**
　　　　JAMS
　　　　160 West Santa Clara St., Suite 1150
　　　　San Jose, CA 95113
　　　　408-288-2240
　　　　rluft@jamsadr.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 22, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California