# UNITED STATES DISTRICT COURT

## Northern District of California

Wilson,                                          No. C 07-03431 BZ MED

        Plaintiff(s),          **Certification of ADR Session**

     v.

Compass Vision, Inc.,

        Defendant(s).

_____

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___7/29/2008___

2.    Did the case settle?        ☐ fully        ☐ partially        ☒ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☒ phone discussions expected by (date) ___10/1/08 (Conference Call being set)___

    ☐ no

**4.    IS THIS ADR PROCESS COMPLETED?        ☐ YES        ☒ NO**

Dated:     ___7/29/08___                    _Robert S. Luft_

                                   **Mediator, Robert S. Luft**
JAMS
160 West Santa Clara St., Suite 1150
San Jose, CA 95113