1  Norman Perlberger, Esquire
   POMERANTZ PERLBERGER & LEWIS LLP
2  21 South 12th Street, 7th Floor
   Philadelphia, PA 19107
3  Ph. (215)  569-8866
   nperlberger@ppl-law.com
4
   Steve S. Kane (Bar No. 061670)
5  THE KANE LAW FIRM
   402 West Broadway, Ste. 400
6  San Diego, CA 92101
   Ph. (619) 446-5680
7  skane@thekanelawfirm.com

8  Attorneys for Plaintiffs

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12

13 JOANNE ELIZABETH CLEVELAND,       )   CASE NO. 3:07cv05642 BZ
   CYNTHIA DANIELS, LAURA            )
14 FUJISAWA, CAROLINE HOWE and       )   SUBSTITUTION OF ATTORNEY
   TRACEY MOORE,                     )
15                                   )
              Plaintiffs             )
16 v.                               )
                                     )
17 COMPASS VISION, INC. and NATIONAL )
   MEDICAL SERVICES, INC. D/B/A NMS  )
18 LABS,                            )
                                     )
19            Defendants             )
                                     )
20 ─────────────────────────────────)

21        The Plaintiffs, JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA

22 FUJISAWA, CAROLINE HOWE and TRACEY MOORE hereby substitute Steven S. Kane of

23 The Kane Law Firm who is retained counsel having his address at 402 W Broadway, Suite 400,

24 San Diego CA 92101 and telephone number and State Bar Number as 619-446-5680 and 061670

25 respectively as attorney of record in place of Joshua A. Ridless, SBN195413, Law Offices of

26 Joshua A. Ridless, 244 California Street, Suite 300, San Francisco, CA 94111.

27        We consent to the above substitution.

28

**SUBSTITUTION OF ATTORNEY**                    Case No. 3:07-CV-05642 BZ

1

2

3   DATED: August 7, 2008                    /s/Joanne E. Cleveland
                                             Joanne Elizabeth Cleveland
4

5   DATED: 8/12/2008                         /s/ Cynthia Daniels
6                                            Cynthia Daniels

7

8   DATED: 7/30/2008                         /s/ Laura Fujisawa
                                             Laura Fujisawa
9

10  DATED: July 28, 2008                     /s/ Caroline Howe
                                             Caroline Howe
11

12
    DATED: August 7, 2008                    /s/ Tracey Moore
13                                           Tracey Moore

14

15        I consent to being substituted.

16                                           Law Offices of Joshua A. Ridless

    DATED: 7/10/2008                         /s/ Joshua A. Ridless
17                                           Joshua A. Ridless, SBN195413
                                             (Former Attorney)
18

19        I consent to the above substitution.

20
    DATED: July 25, 2008                     /s/ Steve S. Kane
21                                           Steve S. Kane
                                             The Kane Law Firm
22                                           (New Attorney)

23

24        IT IS SO ORDERED.

25

26  _____                      _____
          Date                               Roger T. Benitez
27                                           Judge of the District Court

28

**SUBSTITUTION OF ATTORNEY**              <u>Case No. 3:07-CV-05642 BZ</u>
                              -2-

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLEVELAND et al,                        ) CASE NO. 3:07-CV-05642BZ
                                        )
                Plaintiff,              ) CERTIFICATE OF SERVICE
                                        ) BY ELECTRONIC SERVICE
v.                                      )
                                        )
COMPASS VISION, INC. and                )
NATIONAL MEDICAL SERVICES,              )
INC. D/B/A NMS LABS                     )
                                        )
                Defendant               )

---

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN DIEGO      )

IT IS HEREBY CERTIFIED that:

I am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 402 W. Broadway, Suite 400, San Diego, California 92101-3554; I am not a party to the above-entitled action; and

On this date, August 26, 2008, I served the following documents:

**SUBSTITUTION OF ATTORNEY**   addressed to:

Dion N. Cominos & nbsp dcominos@gordonrees.com

Christian Barrett Green & nbsp christian.green@cna.com

Catherine A. Salah &nbsp csalah@gordonrees.com,

by ELECTRONIC SERVICE. I served the above listed document(s), described above via the United States District Court's Electroinc Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's website. Upon completion of said transmission and filing of said documents, a certified receipt is issued to the filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008 at San Diego, California.

/s/ Carolyn A. Mills
CAROLYN A. MILLS