NORMAN PERLBERGER
nperlberger@ppl-law.com
ELIOT H. LEWIS
ehlewis@ppl-law.com
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Telephone (215) 569-8866
Facsimile: (215) 568-6511
Attorneys Pro Hac Vice for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CLEVELAND, ET AL ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> COMPASS VISION, INC.; and ) <br> NATIONAL MEDICAL SERVICES, ) <br> INC., d/b/a NMS LABS, ) <br>     Defendants ) <br> _____ ) | Case No. C07 CV 5642 BZ <br><br><br><br> **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT STATUS CONFERENCE** <br><br> **Date: September 15, 2008** <br> **Time 3:00 P.M.** <br> **Courtroom: G 15th Floor** <br> **Judge: Hon. Bernard Zimmerman** |

AND RELATED CASE

| | |
|---|---|
| DEBORAH WILSON ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> COMPASS VISION, INC.; and ) <br> NATIONAL MEDICAL SERVICES, ) <br> INC., d/b/a NMS LABS, ) <br>     Defendants ) <br> _____ ) | Case No. C07 CV 3431 BZ |

In accordance with Local Rule of Civil Procedure 16-10 (a), Norman Perlberger, Esquire, Philadelphia, Pennsylvania, pro hac vice lead counsel for all plaintiffs respectfully requests that he be allowed to appear telephonically (Phone Number 215- 569-8866) at the

Case Management Status Conference scheduled for September 15, 2008 at 3:00 p.m. Good cause exists as counsel would otherwise be required to travel across the United States and effective participation can be done by telephone.

                                      Respectfully submitted,

Dated: September 4, 2008

                            By      /s/Norman Perlberger
                                   Norman Perlberger, Esquire
                                   Attorney Pro Hac Vice for Plaintiffs