Norman Perlberger, Esquire
Eliot H. Lewis, Esquire                          Attorneys Pro Hac Vice for Plaintiff
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
(215) 569-8866
nperlberger@ppl-law.com
ehlewis@ppl-law.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CLEVELAND, ET AL )<br>          Plaintiffs, )<br> )<br>vs. )<br> )<br> )<br> )<br>COMPASS VISION, INC.; and )<br>NATIONAL MEDICAL SERVICES, )<br>INC., d/b/a NMS LABS, )<br>          Defendants )<br>_____ ) | Case No. C07 CV 5642 BZ<br><br><br><br><br>**CERTIFICATION OF SERVICE** |

AND RELATED CASE

| | |
|---|---|
| DEBORAH WILSON )<br>          Plaintiff )<br> )<br>vs. )<br> )<br>COMPASS VISION, INC.; and )<br>NATIONAL MEDICAL SERVICES, )<br>INC., d/b/a NMS LABS, )<br>          Defendants )<br>_____ ) | Case No. C07 CV 3431 BZ |

     NORMAN PERLBERGER, ESQUIRE, hereby certifies that service of Plaintiffs' Request for Telephonic Appearance at the September 15, 2008 Case Management Status Conference was made this date by ecf-filing and email to the following:

| | |
|---|---|
| Catherine A. Salah, Esquire | Christian Barrett Green, Esquire |
| Gordon & Rees, LLP | Law Offices of Samuel G. Grader |
| 275 Battery Street, Suite 2000 | 1860 Harvard Street, Suite 350 |
| San Francisco, CA   94111 | Sacramento, CA   95825 |
| csalah@gordonrees.com | Christian.Green@CNA.com |

                         */s/ Norman Perlberger*
                    NORMAN PERLBERGER, ESQUIRE

DATED:   September 4, 2008