UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CLEVELAND, ET AL )<br>  Plaintiffs, )<br> )<br>vs. )<br> )<br> )<br> )<br>COMPASS VISION, INC.; and )<br>NATIONAL MEDICAL SERVICES, )<br>INC., d/b/a NMS LABS, )<br>  Defendants )<br>_____) | Case No. C07 CV 5642 BZ |
| AND RELATED CASE | |
| DEBORAH WILSON, )<br>  Plaintiff, )<br> )<br> )<br>vs. )<br> )<br> )<br> )<br> )<br>COMPASS VISION, INC.; and )<br>NATIONAL MEDICAL SERVICES, )<br>INC., d/b/a NMS LABS, )<br>  Defendants )<br> )<br>_____) | Case No. C07 CV 3431 BZ<br><br>**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**Date:  September 15, 2008**<br>**Time:   3:00 P.M.**<br>**Courtroom: G 15th Floor**<br>**Judge: Hon. Bernard Zimmerman** |

This matter having come before the Court by request of lead attorney for plaintiff to appear by telephone at the Case Management Status Conference in the related cases, scheduled September 15, 2008, 3:00 p.m. Pacific Time, and the Court having reviewed all submissions and for good cause shown,

IT IS HEREBY ORDERED that the request is GRANTED

Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ
**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**

      IT IS FURTHER ORDERED that the Norman Perlberger, Esquire will appear telephonically at telephone number 215-569-8866. The call will be placed by the Court.

SO ORDERED:

DATED:

                                      HONORABLE BERNARD ZIMMERMAN
                                      UNITED STATES MAGISTRATE JUDGE
                                      UNITED STATES DISTRICT COURT