UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOANNE CLEVELAND, ET AL | ) | Case No. C07 CV 5642 BZ |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMPASS VISION, INC.; and | ) | |
| NATIONAL MEDICAL SERVICES, | ) | |
| INC., d/b/a NMS LABS, | ) | |
|     Defendants | ) | |

AND RELATED CASE

| | | |
|---|---|---|
| DEBORAH WILSON, | ) | Case No. C07 CV 3431 BZ |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER PLAINTIFFS' REQUEST FOR** |
| vs. | ) | **TELEPHONIC APPEARANCE AT CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| COMPASS VISION, INC.; and | ) | |
| NATIONAL MEDICAL SERVICES, | ) | **Date:  September 15, 2008** |
| INC., d/b/a NMS LABS, | ) | **Time:   3:00 P.M.** |
|     Defendants | ) | **Courtroom: G 15th Floor** |
| | ) | **Judge: Hon. Bernard Zimmerman** |

      This matter having come before the Court by request of lead attorney for plaintiff to appear by telephone at the Case Management Status Conference in the related cases, scheduled September 15, 2008, 3:00 p.m. Pacific Time, and the Court having reviewed all submissions and for good cause shown,

    IT IS HEREBY ORDERED that the request is GRANTED

Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ
**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**

IT IS FURTHER ORDERED that the Norman Perlberger, Esquire ~~will~~ *may* appear telephonically ~~at telephone number 215-569-8866. The call will be placed by the Court.~~ Plaintiff shall initiate the call by dialing 415-522-4093.

SO ORDERED:

DATED:   September 5, 2008



HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ
**ORDER PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE**