STEVEN S. KANE (Bar No. 061670)
skane@thekanelawfirm.com
THE KANE LAW FIRM
402 West Broadway, Ste. 400
San Diego, CA 92101
Telephone: (619) 446-5680
Facsimile: (619) 440-6114
Attorney for Plaintiffs

DION N. COMINOS (SBN:136522)
dcominos@gordonrees.com
CATHERINE A. SALAH (SBN:154524)
csalah@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone (415) 986-5900
Facsimile: (415) 986-8054
Attorneys for Defendant
COMPASS VISION, INC.

NORMAN PERLBERGER
nperlberger@ppl-law.com
ELIOT H. LEWIS
ehlewis@ppl-law.com
POMERANTZ PERLBERGER & LEWIS LLP
21 South 12th Street, 7th Floor
Philadelphia, PA 19107
Telephone (215) 569-8866
Facsimile: (215) 568-6511
Attorneys Pro Hac Vice for Plaintiffs

CHRISTIAN GREEN
Christian.Green@CNA.com
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone: (916) 567-6420
Facsimile: (866) 903-4464
Attorney for Defendant
NATIONAL MEDICAL SERVICES, INC.,
DBA NMS LABS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE CLEVELAND, ET AL<br>　　　Plaintiffs,<br><br>　　vs.<br><br>COMPASS VISION, INC.; and<br>NATIONAL MEDICAL SERVICES,<br>INC., d/b/a NMS LABS,<br>　　　Defendants | Case No. C07 CV 5642 BZ<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>**Date: September 15, 2008**<br>**Time  3:00 P.M.**<br>**Courtroom: G 15th Floor**<br>**Judge: Hon. Bernard Zimmerman** |

AND RELATED CASE

Cases No. C07 CV 5642 BZ & C07 CV 3431 BZ
**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

| | |
|---|---|
| DEBORAH WILSON )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>COMPASS VISION, INC.; and )<br>NATIONAL MEDICAL SERVICES, )<br>INC., d/b/a NMS LABS, )<br>      Defendants )<br>_____) | Case No. C07 CV 3431 BZ |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled actions certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in these cases.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

    a. Plaintiffs and Defendants made Initial disclosures in Cleveland on 4/1/08

    b. A Stipulated Discovery Plan was filed on 4/16/08.

    c. Defendant NMS served written discovery in Cleveland and Wilson on 6/30/08 An agreement for an extension until 8/20/08 was made. Plaintiffs served answers to the discovery on 8/20/08 with the exception of production of documents for one plaintiff who had been recently injured in an unrelated accident.

       Defendant NMS is in the process of meeting and conferring with plaintiffs regarding alleged insufficiencies with respect to some of these discovery responses.

    d. An unsuccessful attempt at mediation was held on July 29, 2008. Plaintiffs indicated they were not in a position to issue any demands as the status of their claimed damages was uncertain.

    e. In Cleveland, the plaintiffs served Requests for Production of Documents on both defendants on 8/1/08. An agreement for a two week extension of time until 9/15/08 was made with defendant Compass Vision to reply. An agreement for a one month extension of time until 10/2/08 was made with defendant NMS.

    f. In Wilson, the plaintiff served Requests for Production of Documents on both defendants on 8/26/08.

    g. On 8/28/08, a new related EtG case, Garlick v. Compass Vision and NMS C08 CV 4118 EDL, was filed in the Northern District. It is initially assigned to Magistrate Judge LaPorte.

    h. Steven Kane, Esquire substituted in as local counsel replacing Joshua Ridless, Esquire.

2. Positions of the Parties on ADR:

Plaintiffs would be agreeable to using ADR if defendants will consider a global rather than piece-meal resolution of all related cases.

Prior to being in a position to consider resolution by settlement, therefore, Defendants request sufficient time to conduct discovery and file for summary judgment. Depending on the progress of deposition discovery and expert discovery, considering the multiple related cases on a national theater, and efficiency of discussing resolution of these matters on a global rather than piece-meal basis, the defendants may request a continuance of trial to engage in ADR.

3. Plaintiffs request the Court to make the following Supplemental Case Management Order:

I find that the newly filed case of Garlick v. Compass Vision and NMS C08 CV 4118 EDL is related to the cases assigned to me. The case is consolidated for discovery with the above captioned cases. A new scheduling order will be forthcoming.

Defendants have not yet been served with this action and, as such, do not agree to stipulate that the action is either related or that it should be consolidated for purposes of discovery or any other purpose. Defendants believe that any order related to the Garlick action is premature and oppose the issuance of the same at the present time.

Dated: September 5, 2008

For the Plaintiffs:
POMERANTZ PERLBERGER & LEWIS LLP

   */s/ Norman Perlberger*
NORMAN PERLBERGER, ESQUIRE

For Defendant NATIONAL MEDICAL SERVICES, INC. DBA NMS LABS:
LAW OFFICES OF SAMUEL G. GRADER

   */s/ Christian Green*
CHRISTIAN GREEN, ESQUIRE

For Defendant COMPASS VISION, INC.
GORDON & REES LLP

   */s/ Catherine A. Salah*
CATHERINE A. SALAH, ESQUIRE

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders as follows:

Dated: _____
BERNARD ZIMMERMAN, UNITED STATES MAGISTRATE JUDGE