CHRISTIAN GREEN, State Bar No. 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Avenue, Suite 350
Sacramento, CA 95825
Telephone: 916-567-6420
Direct Line: 916-567-6426
FAX: 866-903-4464

Attorney for Defendant
National Medical Services, Inc., D/B/A NMS Labs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FIJISAWA, CAROLINE HOWE, AND TRACY MOORE<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br><br>    Defendants. | Case No. 3:07cv05642 BZ<br><br>**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LAB'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date:** September 15, 2008<br>**Time:** 3:00 p.m.<br>**Dept.:** G  15th Floor<br>**Judge:** Hon. Bernard Zimmerman |
| AND RELATED CASE | |
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br><br>    Defendants. | Case No. 3:07cv03431 BZ |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

National Medical Services, Inc., d/b/a NMS Labs' (NMS) Counsel respectfully requests the Court's permission to appear telephonically at the Further Case Management Conference scheduled for September 15, 2008, at 3:00 p.m.

CASE NO.: 3:07cv05642 BZ
_____
**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LAB'S REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**
1

1  NMS' counsel can effectively participate in the Further Case Management Conference
2 by telephone and no party will suffer prejudice or inconvenience as a result of such telephonic
3 appearance.  It should be noted that NMS' counsel appeared at the previously scheduled Case
4 Management Conference by telephone.
5 DATED:  September 5, 2008
6                                   LAW OFFICES OF SAMUEL G. GRADER
7
8                             By  /S/ Christian  Green
9                                 Christian Green
                                Attorneys for Defendant
10                                 National Medical Services, Inc., D/B/A NMS Labs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

CASE NO.:  3:07cv05642 BZ

**NATIONAL MEDICAL SERVICES, INC., D/B/A NMS LAB'S REQUEST TO APPEAR
TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE**
2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FIJISAWA, CAROLINE HOWE, AND TRACY MOORE<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br>    Defendants. | Case No. 3:07cv05642 BZ<br><br>(~~PROPOSED~~) ORDER TO APPEAR TELEPHONICALLY AT THE FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date:  September 15, 2008<br>Time:  3:00 p.m.<br>Dept.:  G  15th Floor<br>Judge:  Hon. Bernard Zimmerman |
| AND RELATED CASE | |
| DEBORAH WILSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMPASS VISION, INC., NATIONAL MEDICAL SERIVCES, INC., D/B/A NMS LAB'S<br>    Defendants. | Case No.: 3:07cv0431 BZ |

HAVING CONSIDERED Defendant's, National Medical Services, Inc., d/b/a NMS LAB'S Request to Appear Telephonically at Further Case Management Conference and good cause appearing.

IT IS HEREBY ORDERED that Defendant, National Medical Services, Inc., d/b/a NMS LAB'S shall appear telephonically at the Further Joint Case Management Conference on September 15, 2008, at 3:00 p.m.  Defendant, National Medical Service, Inc., d/b/a NMS LAB'S ~~shall dial into the conference at the following telephone number _____~~.
Counsel shall contact CourtCall, telephone court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.

Dated: Sept. 8, 2008          _____
                              Judge of the District Court

*IT IS SO ORDERED — Judge Bernard Zimmerman*

CASE NO.: 3:07cv03431 BZ
_____
Proposed - Order to Appear Telephonically at Joint Case Management Conference
1

# CERTIFICATE OF SERVICE

Matter: Cleveland v. Compass Vision, Inc.
United States District Court, Northern District Case No.: 3:07-cv-5642 BZ

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the Law Offices of Samuel G. Grader and my business address is 1860 Howe Avenue, Suite 350, Sacramento, California 95825. On this date, I served the following documents:

**Defendant NMS LABS' Request to Appear Telephonically at the Further Case Management Conference and Proposed Order**

____ by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service at Sacramento, California, on the same day in the ordinary course of business. Said correspondence was addressed as set forth below.

_XX_ by having a true copy of the documents listed above transmitted via email to the names, addresses via the US District Court, Northern District website.

_____ by causing personal delivery of a copy thereof to the person or the office of the person at the address listed below.

| **Attorney for Plaintiff**<br>Steven S. Kane<br>The Kane Law Firm<br>402 West Broadway, Suite 400<br>San Diego, CA 92101<br>Tel: 619-446-5680  Fax:<br>skane@thekanelawfirm.com | **Attorney for Defendant Compass Vision, Inc.**<br>Catherine A. Salah<br>Gordon & Rees LLP<br>275 Batter Street, Suite 2000<br>San Francisco, CA 94111<br>Tx: 415-986-5900  Fx: 415-986-8054<br>Email: csalah@gordonrees.com |
|---|---|
| Norman Perlberger<br>Eliot Lewis<br>Pomerantz Perlberger & Lewis<br>700 Stephen Girard Bldg<br>Philadelphia, PA 19107<br>Tel: 215-569-8866<br>Perlberglaw@aol.com<br>**ehlewis@ppl-law.com** | |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 8, 2008, at Sacramento, California.

                                                 /S/Deborah J. Weidle
                                                 Deborah J. Weidle