1  DION N. COMINOS  (SBN:  136522)
   *dcominos@gordonrees.com*
2  CATHERINE A. SALAH  (SBN:  154524)
   *csalah@gordonrees.com*
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant
7  COMPASS VISION, INC.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   JOANNE ELIZABETH CLEVELAND, CYNTHIA          CASE NO. CV 07-05642 BZ
12 DANIELS, LAURA FUJISAWA, CAROLINE
   HOWE and TRACEY MOORE,                       **COMPASS VISION, INC.'S
13                                              REQUEST FOR TELEPHONIC
                                                APPEARANCE AT THE CASE
                   Plaintiffs,                  MANAGEMENT STATUS
14                                              CONFERENCE**
         vs.
15
   COMPASS VISION, INC.; NATIONAL MEDICAL       Date:  September 15, 2008
16 SERVICES, INC., d/b/a NMS LABS, and DOES     Time:  3:00 p.m.
   ONE THROUGH TWENTY,                          Crtrm. G, 15th Fl.
17                                              Judge: Hon. Bernard Zimmerman
                   Defendants.          /
18
   DEBORAH WILSON                               CASE NO. C 07-03431 BZ
19
                   Plaintiff,
20
         vs.
21
   COMPASS VISION, INC.; and NATIONAL
22 MEDICAL SERVICES, INC., d/b/a NMS LABS

23 Defendants.                            /

24

25       In accordance with Local Rule of Civil Procedure 16-10 (a), Catherine A. Salah, Esq.,

26 lead counsel for Defendant COMPASS VISION, INC. respectfully requests that she be allowed

27 to appear telephonically (Phone Number 415-986-5900) at the Case  Management  Status

28                                        -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

COMPASS VISION, INC.'S REQUEST TO APPEAR TELEPHONICALLY          CASE NO. CV 07-05642 BZ
                                                                & CASE NO. C 07-03431 BZ

-2-

1   Conference scheduled for September 15, 2008 at 3:00 p.m. Good  cause exists because Plaintiffs'

2   counsel has already been granted permission to appear telephonically and effective participation

3   can be done by telephone.

4   Dated:  September 8, 2008                          GORDON & REES LLP

5                                                          /s/ Catherine A. Salah
                                                    By:
6                                                         CATHERINE A. SALAH
                                                         Attorneys for Defendant
7                                                         COMPASS VISION, INC.

8

9

10

11

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28