1 | DION N. COMINOS (SBN: 136522)
  | *dcominos@gordonrees.com*
2 | CATHERINE A. SALAH (SBN: 154524)
  | *csalah@gordonrees.com*
3 | GORDON & REES LLP
  | Embarcadero Center West
4 | 275 Battery Street, Suite 2000
  | San Francisco, CA 94111
5 | Telephone: (415) 986-5900
  | Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants.      / | CASE NO. CV 07-05642 BZ<br><br>**ORDER GRANTING COMPASS VISION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT STATUS CONFERENCE**<br><br>Date: September 15, 2008<br>Time: 3:00 p.m.<br>Crtrm. G, 15th Fl.<br>Judge: Hon. Bernard Zimmerman |
| DEBORAH WILSON<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>Defendants.                                           / | CASE NO. C 07-03431 BZ |

This matter having come before the Court by request of lead attorney for Defendant Compass Vision, Inc. to appear by telephone at the Case Management Status Conference scheduled for September 15, 2008, 3:00 p.m., and the Court having reviewed all submissions and for good cause shown,

1    IT IS HEREBY ORDERED that the request is GRANTED.

2    IT IS FURTHER ORDERED that Catherine A. Salah, Esq. will appear telephonically at

3    telephone number 415-986-5900. The call will be placed by the Court.

4    SO ORDERED.

5    Dated:

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

ORDER GRANTING COMPASS VISION, INC.'S REQUEST TO APPEAR TELEPHONICALLY     CASE NO. CV 07-05642 BZ
& CASE NO. C 07-03431 BZ