DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
CATHERINE A. SALAH (SBN: 154524)
*csalah@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
COMPASS VISION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE ELIZABETH CLEVELAND, CYNTHIA DANIELS, LAURA FUJISAWA, CAROLINE HOWE and TRACEY MOORE,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS VISION, INC.; NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS, and DOES ONE THROUGH TWENTY,<br><br>Defendants.         / | CASE NO. CV 07-05642 BZ<br><br>**ORDER GRANTING COMPASS VISION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT STATUS CONFERENCE**<br><br>Date:  September 15, 2008<br>Time:  3:00 p.m.<br>Crtrm. G, 15th Fl.<br>Judge: Hon. Bernard Zimmerman |
| DEBORAH WILSON<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS VISION, INC.; and NATIONAL MEDICAL SERVICES, INC., d/b/a NMS LABS<br><br>Defendants.                                            / | CASE NO. C 07-03431 BZ |

This matter having come before the Court by request of lead attorney for Defendant Compass Vision, Inc. to appear by telephone at the Case Management Status Conference scheduled for September 15, 2008, 3:00 p.m., and the Court having reviewed all submissions and for good cause shown,

-1-

1  IT IS HEREBY ORDERED that the request is GRANTED.

2  IT IS FURTHER ORDERED that Catherine A. Salah, Esq. will appear telephonically ~~at~~

3  ~~telephone number 415-986-5900.~~ ~~The call will be placed by the Court.~~

4  SO ORDERED.

5  Dated:   September 9, 2008

    _____
6   HONORABLE BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE
    UNITED STATES DISTRICT COURT

7  Counsel shall contact CourtCall, telephonic court appearances at
8  1-888-882-6878, and make arrangements for the telephonic
   conference call.

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-2-

ORDER GRANTING COMPASS VISION, INC.'S REQUEST TO APPEAR TELEPHONICALLY    CASE NO. CV 07-05642 BZ
                                                                           & CASE NO. C 07-03431 BZ