RECEIVED

2010 APR 14 P 2:31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAURA FUJISAWA, et al.,

           Plaintiff,

v.

COMPASS VISION. INC., et al.

           Defendant.

CASE NO. 07-cv-5642 BZ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Robert A. Swider                    , whose business address and telephone number is

Swider Medeiros Haver LLP
621 SW Morrison, Suite 1420
Portland, OR 97205          Telephone: (503) 241-9577

and who is an active member in good standing of the bar of the State of Oregon

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Compass Vision, Inc.

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 16, 2010

                            _____
                            United States Magistrate Judge
                            Bernard Zimmerman

United States District Court
For the Northern District of California