1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**

9      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   LAURA FUJISAWA, et al.,                ) CASE NO.  3:07-cv-05642-BZ
                                            )
12           Plaintiffs,                    ) **ORDER GRANTING JOINT**
                                            ) **APPLICATION FOR TELEPHONIC**
13   v.                                     ) **APPEARANCE AT MOTION**
                                            ) **HEARING**
14   COMPASS VISION, INC., et al.,          )
                                            ) Hearing
15           Defendants.                    ) Date:      May 5, 2010
                                            ) Time:      10:00 a.m.
16                                          ) Courtroom: G
                                            ) Judge:     Hon. Bernard Zimmerman
17                                          )
                                            ) Complaint Filed:  November 6, 2007
18                                          ) Trial: November 29, 2010
                                            )
19                                          )
                                            )
20   ─────────────────────────────────     )

21   COMPASS VISION, INC.                   )
                                            ) Third Party Complaint Filed: April 14, 2009
22           Third-Party Plaintiff/Counter- )
             Defendant,                     )
23                                          )
     v.                                     )
24                                          )
     MAXIMUS, INC.                          )
25                                          )
             Third-Party Defendant/Counterclaimant. )
26   ─────────────────────────────────     )

27
28

1

**IT IS HEREBY ORDERED** that counsel of record for Third-Party

2  Defendant/Counterclaimant MAXIMUS, Inc., Defendant and Third Party Compass Vision,

3  Inc., Defendant National Medical Services and Plaintiffs are authorized to appear

4  telephonically at the Motion Hearing scheduled for May 5, 2010 at 10:00 a.m.

5

Five minutes before the time the Court is ready to hear the Motion Hearing in the

6  above-entitled matter, counsel shall call the Court clerk [or, counsel are permitted to schedule a

7  telephonic appearance for the Motion Hearing through the services of CourtCall].

8

9  Dated: _____May 3_____, 2010

10  _____
   Hon. Bernard Zimmerman

11   Judge of the District Court



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING