UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FUJISAWA, et al., | ) CASE NO. 3:07-cv-05642-BZ |
| Plaintiffs, | ) **ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING** |
| v. | |
| COMPASS VISION, INC., et al., | |
| Defendants. | |
| | |
| COMPASS VISION, INC. | Hearing: Date: June 30, 2010 |
| Third-Party Plaintiff/Counter-Defendant, | Time: 10:00am Place: Dept. G, 15th Floor |
| v. | Judge: Hon. Bernard Zimmerman |
| MAXIMUS, INC. | Complaint filed: May 7, 2009 Third Party Complaint filed: April 14, 2009 |
| Third-Party Defendant/Counter-Claimant | Trial Date: November 29, 2010 |

**IT IS HEREBY ORDERED** that *pro hac vice* counsel of record for Defendant and Third Party Plaintiff/Counterdefendant, Compass Vision, Inc. is authorized to appear telephonically at the Motion Hearing scheduled for June 30, 2010 at 10:00 a.m.

Five minutes before the time the Court is ready to hear the Motion Hearing in the above-entitled matter, counsel shall call the Court clerk [or, counsel is permitted to schedule a telephonic appearance for the Motion Hearing through the services of CourtCall].

Dated: _____, 2010

_____
Hon. Bernard Zimmerman
Judge of the District Court



DATED: 6/11/2010

**DENIED.**

---

1                                         3:07-cv-05642-BZ
ORDER GRANTING APPLICATION FOR TELEPHONIC APPEARANCE AT MOTION HEARING