1  EILEEN M. DIEPENBROCK, SBN 119254
   JENNIFER L. DAUER, SBN 179262
2  DIEPENBROCK HARRISON
   A Professional Corporation
3  400 Capitol Mall, Suite 1800
   Sacramento, CA 95814-4413
4  Telephone: (916) 492-5000
   Facsimile: (916) 446-4535
5
   ROBERT A. SWIDER
6  SWIDER MEDEIROS HAVER LLP
   621 SW Morrison, Suite 1420
7  Portland, OR 97205
   Telephone: (503) 241-9577
8
   Attorneys for Defendant,
9  COMPASS VISION, INC.

10

11  **UNITED STATES DISTRICT COURT**

12  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| LAURA FUJISAWA, et al. | Case No.: 3:07-cv-05642-BZ |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | Judge: Hon. Bernard Zimmerman |
| COMPASS VISION, INC., et al. | Complaint filed: November 6, 2007 |
| Defendants. | Trial: November, 29, 2010 |
| COMPASS VISION, INC. | |
| Third-Party Plaintiff/ Counter-Defendant, | Third Party Complaint filed: April 14, 2009 |
| vs. | |
| MAXIMUS, INC. | |
| Third-Party Defendant/ Counterclaimant. | |

1 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 In accordance with this Court's Order of June 17, 2010, Defendant COMPASS VISION, INC. hereby substitutes Farallon Law Group, 459 Fulton Street, Suite 102, San Francisco, CA 94102, telephone: (415) 255-2450, facsimile: (415) 255-2451, email: dlavine@farallonlaw.com, and attorney David Lavine (SBN 166744) as lead counsel, as its attorneys of record in the above-captioned action in place of the law firm of Diepenbrock Harrison, lead counsel Jennifer L. Dauer, and Eileen M. Diepenbrock, Gene K. Cheever, Jeffrey L. Anderson and John R. Garner. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: July 13, 2010

_____
Kim McKown

We agreed to this substitution.

Dated: July 13, 2010

DIEPENBROCK HARRISON
A Professional Corporation

By: _____
Jennifer L. Dauer

We accept this substitution.

Dated: July 13, 2010

FARALLON LAW GROUP

By: _____
David Lavine
*(Signature Authorized on July 13, 2010)*

IT IS SO ORDERED.

Dated: ~~July____, 2010~~
August 11, 2010
Nunc Pro Tunc as
of July 13, 2010.

_____
Bernard Zimmerman
United States Magistrate Judge

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with this Court's Order of June 17, 2010, Defendant COMPASS VISION, INC. hereby substitutes Farallon Law Group, 459 Fulton Street, Suite 102, San Francisco, CA 94102, telephone: (415) 255-2450, facsimile: (415) 255-2451, email: dlavine@farallonlaw.com, and attorney David Lavine (SBN 166744) as lead counsel, as its attorneys of record in the above-captioned action in place of the law firm of Diepenbrock Harrison, lead counsel Jennifer L. Dauer, and Eileen M. Diepenbrock, Gene K. Cheever, Jeffrey L. Anderson and John R. Garner. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: July ___, 2010

_____
Kim McKown

We agreed to this substitution.

Dated: July 13, 2010            DIEPENBROCK HARRISON
                                A Professional Corporation


                                By:    _/s/ Jennifer L. Dauer_____
                                       Jennifer L. Dauer


We accept this substitution.

Dated: July 13, 2010            FARALLON LAW GROUP


                                By:    _/s/ David Lavine_____
                                       David Lavine
                                       *(Signature Authorized on July 13, 2010)*

IT IS SO ORDERED.

Dated: July ____, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

Re: *Laura Fujisawa, et al. vs. Compass Vision (and related cross-action)*
*United States District Court for the Northern District of California,*
*Case No. 3:07-cv-05642-BZ*

## PROOF OF SERVICE

I, undersigned, declare:

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Suite 1800, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action.

On July 13, 2010, I caused to be served on the interested parties to this action the document identified as:

## SUBSTITUTION OF ATTORNEY

[✓] by ELECTRONIC SERVICE. I served the above listed document(s), described above via the United States District Court's Electronic Filing Program on the designated recipients through electronic transmission through the CM/ECF system on the Court's Web site. Upon completion of said transmission and filing of said documents, a certified receipt is issued to the filing party acknowledging receipt by the Court's CM/ECF system, and once all designated recipients are electronically served, proof of electronic service is returned to the filing party.

addressed to:

Norman Perlberger        (perlberglaw@aol.com, ehlewis-@ppl-law.com)

Steven S. Kane          (skane@thekanelawfirm.com)

David Fernando Beach    (beach@perrylaw.net)

Anne D'Arcy             (darcy@perrylaw.net)

Christian Green         (christian.green@cna.com)

Jeremy A. Meier         (meierj@gtlaw.com)

Robert A. Swider        (robert@smhllaw.com)

[✓] by EMAIL  I caused each such document to be sent by electronic mail to the addressees at the email addressees listed below.

Kim McKown              (kmckown@compassvision.com)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on July 13, 2010, at Sacramento, California.

_____/s/ *Jennifer L. Dauer*_____
Jennifer L. Dauer

{00242541; 1}                         - 1 -                              3:07-cv-5642

PROOF OF SERVICE