UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Fujisawa, et al., | Case No. C07-5642 BZ |
| Plaintiff(s), | |
| v. | **REFRESHMENT ORDER** |
| Compass Vision, et al., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the nine (9) members of the jury in the above-entitled matter beginning **Tuesday, November 30, 2010**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom G , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: November 24, 2010

BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE